| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) FREUDENTHAL, NANCY D. | 2. Court or Organization DISTRICT COURT - WYOMING | 3. Date of Report 05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address OFFICE OF JUDGE FREUDENTHAL 2120 CAPITOL AVE. CHEYENNE, WY 82001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. BOARD MEMBER | WYOMING PROFESSIONAL ASSISTANCE PROGRAM |
| 3. PERSONAL REPRESENTATIVE | ESTATE #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | STATE OF WYOMING RETIREMENT PLAN WITH FORMER EMPLOYER, NO CONTROL, AGREEMENT SIGNED IN 2003 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | STATE OF WYOMING RETIREMENT DISTRIBUTION | $42,107.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | STATE OF WYOMING - RETIREMENT DISTRIBUTION |
| 2. 2017` | SELF-EMPLOYED (ATTORNEY) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | TRI-STATE FEDERAL BAR ASSOCIATION | OCTOBER 5-7, 2017 | JACKSON, WY | CONFERENCE SPEAKER | TRANSPORTATION, LODGING, AND MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MERIDIAN TRUST FCU (CASH ACCOUNTS) | A | Interest | K | T | | | | | 1, 27 |
| 2. MASS MUTUAL FIXED WHOLE LIFE PAID-UP AT AGE 65 INSURANCE | C | Dividend | M | T | | | | | 11 |
| 3. OREGON TRAIL BANK (CASH ACCOUNT) | B | Interest | | | Closed | 01/06/17 | J | | 30 |
| 4. ARCH COAL, INC DEFERRED COMPENSATION PLAN | | None | | | Distributed | 04/13/17 | J | | 32 |
| 5. VOYA/SECURITY LIFE OF DENVER LIFE INSURANCE POLICY | B | Interest | L | T | | | | | 12 |
| 6. AMERIPRISE NON-QUALIFIED CASH RESERVE CERTIFICATE | A | Interest | M | T | | | | | 34 |
| 7. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | 35 |
| 8. AMERIPRISE INSURED MONEY MARKET (AIMMA) (X) | A | Interest | J | T | | | | | |
| 9. AMERICAN CENTURY MID CAP VALUE INVESTOR CL (ACMVX) (X) | B | Dividend | K | T | | | | | |
| 10. BLACKROCK HIGH YIELD BOND INSTL CL (BHYIX) (X) | A | Dividend | | | Sold | 08/24/17 | K | A | |
| 11. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL (BSIIX) (X) | A | Dividend | K | T | | | | | |
| 12. BLACKROCK HIGH YEILD BOND INVESTOR CL A (BHYAX) (X) (Y) | | | | | | | | | |
| 13. BLACKROCK INCOME OPPTYS INVETOR CL A (BASIX( (X) (Y) | | | | | | | | | |
| 14. COLUMBIA INCOME OPPTYS CL Z (CIOZX) (X) | A | Dividend | | | Sold | 04/20/17 | K | A | |
| 15. COLUMBIA INCOME OPPTYS CL A (AIOAX) (X) (Y) | | | | | | | | | |
| 16. DELAWARE US GROWTH INSTL CL (DEUIX) | B | Dividend | K | T | Buy | 08/24/17 | K | | |
| 17. ISHARES MSCI EAFE VALUE ETF (EFV) | A | Dividend | K | T | Buy | 08/24/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MULTIMANAGER SMALL CAP EQUITY STRATEGIES CL Z (CZMSX) | B | Dividend | K | T | Buy | 11/16/17 | J | | |
| 19. MULTIMANAGER TOTAL RETURN BOND STRATEGIES CL A (CMCPX) (X) (Y) | | | | | | | | | |
| 20. MULTI MANAGER VALUE STRATEGIES CL Z (CZMVX) (X) | C | Dividend | L | T | Sold (part) | 11/16/17 | J | A | |
| 21. MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z (CTRZX) (X) | C | Dividend | M | T | Buy (add'l) | 04/20/17 | J | | |
| 22. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 23. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 24. MULTI MANAGER GROWTH STRATEGIES CL Z (CZMGX) (X) | C | Dividend | L | T | Buy (add'l) | 04/20/17 | J | | |
| 25. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 26. | | | | | Sold (part) | 11/16/17 | J | A | |
| 27. MULTI MANAGER DIRECTIONAL ALTERNATIVE STRATEGIES CL Z (CDAZX) (X) | B | Dividend | K | T | | | | | |
| 28. JPMORGAN LARGE CAP GROWTH CL I (SEEGX) (X) | | None | | | Sold (part) | 04/20/17 | J | A | |
| 29. | | | | | Sold | 08/24/17 | K | C | |
| 30. MFS INTL VALUE CL I (MINIX) (X) | A | Dividend | K | T | Sold (part) | 08/24/17 | J | | |
| 31. MFS VALUE CL I (MEIIX) (X) | B | Dividend | K | T | Sold (part) | 08/24/17 | J | B | |
| 32. NUVEEN SYMPHONY FOLATING RATE INCOME CL I (NFRIX) (X) | A | Dividend | K | T | Buy (add'l) | 04/20/17 | K | | |
| 33. | | | | | Sold (part) | 08/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. OPPENHEIMERINTL GROWTH CL Y (OIGYX) (X) | A | Dividend | K | T | Sold (part) | 08/24/17 | J | | |
| 35. PRUDENTIAL JENNISON MID CAP GROWTH CL Z (PEGZX) (X) | B | Dividend | K | T | | | | | |
| 36. WELLS FARGO EMERGING MARKETS EQUITY INSTL CL (EMGNX) (X) | A | Dividend | K | T | Sold (part) | 04/20/17 | J | A | |
| 37. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 38. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 39. AMERIPRISE INSURED MONEY MARKET (CASH) | A | Interest | J | T | | | | | 5 |
| 40. COLUMBIA DIVIDEND OPPTY CL A (INUTX) | B | Dividend | K | T | | | | | 3 |
| 41. COLUMBIA DIVERSIFIED EQUITY INCOME CL A (INDZX) | B | Dividend | K | T | | | | | 2 |
| 42. RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY #1 (H) | | | | | | | | | |
| 43. RIVERSOURCE COLUMBIA VP-MANAGED VOLATILITY MODERATE GROWTH FUND CL 2 | | None | M | T | | | | | 6 |
| 44. RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY #2 (H) | | | | | | | | | |
| 45. RIVERSOURCE COLUMBIA VP-MANAGED VOLATILITY MODERATE GROWTH FUND CL 2 | | None | N | T | | | | | 9 |
| 46. RIVERSOURCE VP-MODERATE PORTFOLIO CLASS 2 | | None | N | T | | | | | 10 |
| 47. RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY #3 (H) | | | | | | | | | |
| 48. RIVERSOURCE VP-MODERATE PORTFOLIO CLASS 2 | | None | M | T | | | | | 7 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. RIVERSOURCE LIFE RETIREMENT ADVISOR ADV VARIABLE ANN #1 (H) | | | | | | | | | |
| 50. RIVERSOURCE VP MODERATE C12 | | None | J | T | | | | | 36 |
| 51. IRA #1 (H) | | | | | | | | | |
| 52. DREYFUS GOVT CASH MGMT FDS INSTL SHS 289 (X) | A | Interest | J | T | | | | | |
| 53. COLUMBIA ADAPTIVE RISK ALLOC CL Z (CRAZX) (X) | C | Dividend | K | T | | | | | |
| 54. COLUMBIA ALTERNATIVE BETA CL Z (CLAZX) (X) | A | Dividend | J | T | | | | | |
| 55. ISHARES TIPS BOND ETF (TIP) (X) | A | Dividend | J | T | Sold (part) | 04/03/17 | J | | |
| 56. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 57. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 58. | | | | | Sold (part) | 07/05/17 | J | | |
| 59. | | | | | Sold (part) | 09/01/17 | J | | |
| 60. ISHARES IBOXX $INVESTMENT GRADE CORP BOND ETF (LQD) (X) | A | Dividend | J | T | Buy (add'l) | 10/03/17 | J | | |
| 61. ISHARES 20+ YR TREASURY BOND ETF (TLT) (X) | A | Dividend | | | Buy (add'l) | 04/03/17 | J | | |
| 62. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 63. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 64. | | | | | Sold (part) | 06/07/17 | J | | |
| 65. | | | | | Sold (part) | 06/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. | | | | | Sold | 07/05/17 | J | | |
| 67. | | | | | Buy | 09/01/17 | J | | |
| 68. | | | | | Sold | 10/03/17 | J | | |
| 69. ISHARES 7-10YR TREASURY BOND ETF (IEF) (X) | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 70. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 71. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 72. | | | | | Sold (part) | 07/05/17 | J | | |
| 73. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 74. | | | | | Sold (part) | 12/04/17 | J | | |
| 75. ISHARES 3-7YR TREASURY BOND ETF (IEI) (Y) | | | | | Buy | 06/08/17 | J | | |
| 76. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 77. | | | | | Sold (part) | 07/05/17 | J | | |
| 78. ISHARES 1-3 YR TREASURY BOND ETF (SHY) (X) | A | Dividend | J | T | Buy (add'l) | 04/03/17 | J | | |
| 79. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 80. | | | | | Sold (part) | 07/05/17 | J | | |
| 81. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 82. ISHARES MSCI PACIFIC EX JAPAN ETF (EPP) | A | Dividend | J | T | Buy | 11/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. ISHARES MSCI EAFE ETF (EFA) (X) | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 84. | | | | | Sold (part) | 06/01/17 | J | A | |
| 85. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 86. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 87. | | | | | Sold (part) | 09/01/17 | J | | |
| 88. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 89. | | | | | Sold (part) | 11/15/17 | J | | |
| 90. | | | | | Sold (part) | 12/04/17 | J | | |
| 91. ISHARES JPMORGAN USD EMERGING MARKETS BOND ETF (EMB) (X) | A | Dividend | J | T | Sold (part) | 06/01/17 | J | A | |
| 92. | | | | | Sold (part) | 06/02/17 | J | | |
| 93. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 94. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 95. | | | | | Sold (part) | 12/04/17 | J | | |
| 96. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF (HYG) (X) | A | Dividend | J | T | Sold (part) | 06/01/17 | J | A | |
| 97. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 98. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 99. SPDR S&P 500 ETF (SPY) (X) | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. | | | | | Sold (part) | 05/22/17 | J | A | |
| 101. | | | | | Sold (part) | 06/01/17 | J | A | |
| 102. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 103. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 104. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 105. | | | | | Sold (part) | 12/04/17 | J | A | |
| 106. SPDR BLOOMBERG BARCLAYS HIGH YIELD BOND ETF (JNK) (X) | A | Dividend | | | Sold | 06/01/17 | J | A | |
| 107. VANGUARD FTSE DEVELOPED MKTS ETF (VEA) (X) | | None | | | Buy (add'l) | 04/03/17 | J | | |
| 108. | | | | | Sold (part) | 05/23/17 | J | A | |
| 109. | | | | | Sold | 06/02/17 | J | A | |
| 110. VANGUARD FTSE EMERGING MARKETS ETF (VWO) (X) | A | Dividend | J | T | Sold (part) | 06/01/17 | J | A | |
| 111. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 112. VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) (X) | A | Dividend | J | T | | | | | |
| 113. VANGUARD REIT INDEX ETF (VNQ) (X) | A | Dividend | J | T | Sold (part) | 06/01/17 | J | | |
| 114. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 115. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 116. WISDOMTREE JAPAN HEDGED EQUITY FD ETF (DXJ) (X) (Y) | | | | | Buy (add'l) | 04/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. | | | | | Sold (part) | 06/01/17 | J | | |
| 118. BARCLAYS BANK PLC IPATH BLOOMBERG COMMODITY INDEX TOT RETURN (DJP) (X) | | None | J | T | | | | | |
| 119. IRA #2 (H) | | | | | | | | | |
| 120. COLUMBIA CAP ALLOC MODERATE AGGRESSIVE CL A (NBIAX) (X) | B | Dividend | K | T | Buy (add'l) | 04/05/17 | J | | |
| 121. IRA #3 (H) | | | | | | | | | 28 |
| 122. DREYFUS GOVT CASH MGMT FDS INSTL SHS 289 (X) | A | Interest | K | T | | | | | |
| 123. INVESCO BALANACED RISK COMODITY STRAT CL Y (BRCYX) (X) | | None | | | Sold | 05/22/17 | J | | |
| 124. COLUMBIA CORPORATE INCOME CL Z (SRINX) (X) | A | Dividend | L | T | Sold (part) | 04/03/17 | J | | |
| 125. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 126. | | | | | Buy (add'l) | 11/14/17 | K | | |
| 127. COLUMBIA SELECT LARGE CAP GROWTH CL Z (UMLGX) (X) | C | Dividend | K | T | Buy (add'l) | 04/03/17 | J | | |
| 128. | | | | | Sold (part) | 06/19/17 | J | A | |
| 129. | | | | | Sold (part) | 08/14/17 | J | A | |
| 130. DEUTSCHE X TRACKERS MSCI JAPAN HEDGED EQUITY ETF (DBJP) | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 131. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 132. JANUS HENDERSON US MANAGED VOLATILITY CL I (JRSIX) | A | Dividend | K | T | Buy | 10/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 12 of 18

**Name of Person Reporting**

FREUDENTHAL, NANCY D.

**Date of Report**

05/15/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 134. JOHN HANCOCK CLASSIC VALUE CL I (JCVIX) (X) | A | Dividend | K | T | Buy (add'l) | 06/19/17 | J | | |
| 135. | | | | | Buy (add'l) | 08/14/17 | J | | |
| 136. JOHN HANCOCK U S GLOBAL LEADERS GROWTH CL I (USLIX) (X) | B | Dividend | K | T | Buy (add'l) | 06/19/17 | J | | |
| 137. | | | | | Sold (part) | 10/16/17 | J | A | |
| 138. JOHN HANCOCK STRATEGIC INCOME OPPTYS CL I (JIPIX) (X) | A | Dividend | K | T | Buy (add'l) | 04/13/17 | J | | |
| 139. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 140. | | | | | Sold (part) | 09/13/17 | J | A | |
| 141. LEGG MASON BW ABSOLUTE RETURN OPPTYS CL I (LROIX) (X) | A | Dividend | J | T | Sold (part) | 06/19/17 | J | A | |
| 142. | | | | | Sold (part) | 11/14/17 | J | | |
| 143. NUVEEN SYMPHONY FLOATING RATE INCOME CL I (NFRIX) (X) | A | Dividend | | | Sold (part) | 10/16/17 | K | | |
| 144. | | | | | Sold | 11/14/17 | J | B | |
| 145. NUVEEN GLOBAL INFRA CL I (FGIYX) (X) | | None | | | Sold | 08/14/17 | J | A | |
| 146. OPPENHEINER INTL GROWTH CL Y (OIGYX) (X) | | None | | | Sold | 05/22/17 | K | B | |
| 147. OPPENHEIMER GLOBAL VALUE CL Y (GLVYX) (X) | A | Dividend | J | T | Sold (part) | 09/13/17 | J | A | |
| 148. | | | | | Sold (part) | 10/16/17 | J | A | |
| 149. WELLS FARGO INTL VALUE INSTL CL (WFVIX) (X) | A | Dividend | K | T | Sold (part) | 04/03/17 | J | A | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 |
| | P3 =$25,000,001 - $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) |
| | U =Book Value | V =Other |

C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
L =$50,001 - $100,000  M =$100,001 - $250,000
P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P4 =More than $50,000,000
S =Assessment  T =Cash Market
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 151. | | | | | Buy (add'l) | 08/14/17 | J | | |
| 152. | | | | | Sold (part) | 11/14/17 | J | A | |
| 153. ISHARES CORE S&P 500 ETF (IVV) (X) | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 154. | | | | | Sold | 09/13/17 | J | A | |
| 155. ISHARES 1-3YR TREASURY BOND ETF (SHY) (X) | A | Dividend | K | T | Sold (part) | 04/03/17 | J | | |
| 156. | | | | | Buy | 11/14/17 | K | | |
| 157. ISHARES 7-10YR TREASURY BOND ETF (IEF) (X) | A | Dividend | | | Sold (part) | 05/22/17 | J | A | |
| 158. | | | | | Sold (part) | 09/13/17 | J | A | |
| 159. | | | | | Sold | 11/14/17 | J | | |
| 160. ISHARES 3-7YR TREASURY BOND ETF (IEI) (X) | A | Dividend | K | T | Buy (add'l) | 04/03/17 | J | | |
| 161. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 162. | | | | | Sold (part) | 06/19/17 | J | | |
| 163. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 164. | | | | | Sold (part) | 11/14/17 | J | | |
| 165. ISHARES CORE MSCI EAFE ETF (IEFA) | A | Dividend | | | Buy | 05/22/17 | J | | |
| 166. | | | | | Sold | 08/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 167. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) (X) | A | Dividend | J | T | | | | | |
| 168. ISHARES CURRENCY HEDGED MSCI EUROZONE ETF (HEZU) (X) | A | Dividend | K | T | Buy (add'l) | 04/03/17 | J | | |
| 169. | | | | | Buy (add'l) | 08/14/17 | J | | |
| 170. | | | | | Sold (part) | 09/13/17 | J | | |
| 171. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 172. VANGUARD SHORT TERM CORP BOND ETF (VCSH) (X) | A | Dividend | K | T | Buy (add'l) | 10/16/17 | J | | |
| 173. | | | | | Sold (part) | 11/14/17 | K | | |
| 174. VANGUARD SMALL CAP ETF (VB) | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 175. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 176. VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) (X) | A | Dividend | K | T | Sold (part) | 04/03/17 | J | | |
| 177. VANGUARD VALUE ETF (VTV) (X) | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 178. | | | | | Sold (part) | 09/13/17 | J | | |
| 179. | | | | | Sold (part) | 10/16/17 | J | A | |
| 180. TRUST #1 (H) | | | | | | | | | |
| 181. STIFEL BANK PROGRAM (CASH ACCOUNT) | A | Interest | J | T | | | | | 13 |
| 182. WELLS FARGO & CO NEW DEP SHS REPSTG (WFC'J) | A | Int./Div. | K | T | | | | | 24 |
| 183. JEFFERIES GROUP INC SR NOTE (472319AE2) | A | Int./Div. | K | T | | | | | 33 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. HARTFORD CAP APPRECIATION CL A (ITHAX) | | None | | | Sold | 11/07/17 | K | B | 21 |
| 185. LORD ABBETT DEVELOPING GROWTH CL A (LAGWX) | | None | K | T | | | | | 22 |
| 186. BLACKROCK ENERGY & RESOURCES TRUST (BGR) | A | Dividend | J | T | | | | | 15 |
| 187. EATON VANCE ENHANCED EQUITY INCOME FUND (EOI) | B | Dividend | K | T | | | | | 16 |
| 188. EATON VANCE ENHANCED EQUITY FUND II (EOS) | B | Dividend | K | T | | | | | 17 |
| 189. EATON VANCE TAX MANAGED GLOBAL DIVERSIFIED EQUITY INCOME FD (EXG) | A | Dividend | J | T | | | | | 18 |
| 190. EATON VANCE RISK MANAGED DIVERSIFIED EQUITY INCOME (ETJ) | B | Dividend | | | Sold | 11/07/17 | K | | 19 |
| 191. KAYNE ANDERSON ENERGY TOTAL RETURN FUND (KYE) | A | Dividend | J | T | | | | | 20 |
| 192. UBS PATHFINDERS TRUST UNIT TREASURY & GROWTH STOCK SERIES (90348B453) | A | Dividend | | | Sold | 11/07/17 | K | | 23 |
| 193. RESIDENTIAL PROPERTY, CODY, PARK COUNTY, WYOMING | | None | M | W | | | | | 25 |
| 194. RENTAL PROPERTY, CODY, PARK COUNTY, WYOMING | | None | L | W | | | | | 26 |
| 195. TRUST #2 (H) | | | | | | | | | |
| 196. CARBON COUNTY WY SCHOOL DIST 1 RAWLINS BLDG BDS B/E (141028EF3) (X) | A | Interest | J | T | | | | | |
| 197. CASPER WY CMNTY CLLG DIST REV SER B B/E BABS TXBL (147647AY7) (X) | A | Interest | J | T | | | | | |
| 198. AMERICAN FUNDS, CAPITAL INCOME BUILDER CL A (CAIBX) (X) | B | Dividend | K | T | | | | | |
| 199. DODGE & COX STOCK (DODGX) (X) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 200. FIRST INVESTORS TAX EXEMPT INCOME CL A (FITAX) (X) | A | Dividend | J | T | | | | | |
| 201. FRANKLIN INCOME CL A (FKINX) (X) | A | Dividend | J | T | | | | | |
| 202. AMERICAN FUNDS, INCOME FUND OF AMERICA (AMECX) (X) | B | Dividend | K | T | | | | | |
| 203. FIRST TRUST INTERMEDIATE DURATION PFD & INCOME FUND (FPF) (X) | A | Dividend | J | T | | | | | |
| 204. PENNANTPARK FLOATING RATE CAP LTD (PFLT) (X) | B | Dividend | K | T | | | | | |
| 205. OTHER HOLDINGS (H) | | | | | | | | | |
| 206. FID FREEDOM K 2015 | B | Int./Div. | M | T | | | | | 31 |
| 207. ESTATE #1 (H) | | | | | | | | | |
| 208. RESIDENTIAL PROPERTY, OLALLA, KITSAP COUNTY, WASHINGTON | | None | | | Sold | 09/17/17 | N | | 37 |
| 209. SAFEWAY FCU IRA (Y) | | | | | | | | | 38 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII of the report has been restructured by account. Names and descriptions have been updated. Full names of variable annuities are provided as headers, with underlying assets listed below. Corresponding line numbers from the 2016 report have been included in Column D(5) where needed for clarification.

Part VII, lines 7-37 and 121-179: These asset groupings correspond with the entries on lines 35 and 28 of the 2016 report, respectively. Reporting was expanded in 2017 to identify underlying holdings in each account.

Part VII, lines 75 and 116: Required reportable transactions are listed, after which these items bacame unreportable without corresponding reportable transactions. (Y)

Part VII, line 208: Purchased by Charles John Lingo.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NANCY D. FREUDENTHAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544